

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Ana Isela CHAIREZ<br><br>Defendant. | Magistrate Case No.: **'07 MJ 8919**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about November 8, 2007, within the Southern District of California, defendant Ana Isela CHAIREZ did knowingly and intentionally import approximately 20.80 kilograms (45.76 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent  DOUGLAS A. STRUCKMEYER
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9TH, DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Ana Isela CHAIREZ

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Behm.

On November 8, 2007 at approximately 1240 hours, Ana Isela CHAIREZ entered the United States at the Calexico, California, West, Port of Entry. CHAIREZ was the driver and sole occupant of a 1995 Dodge Stratus. The primary inspector, Customs and Border Protection Officer (CBPO) J. Zermeno noticed that CHAIREZ was in a hurry, had shaky hands, and looked scared. CHAIREZ told the primary officer that the vehicle belonged to her husband. The primary officer referred the vehicle to the secondary lot for closer examination.

In the vehicle secondary lot, CBPO R. Navarro performed a canine inspection of the vehicle. The canine alerted and responded to the passenger door area of the vehicle.

A subsequent inspection of the vehicle revealed several packages in the spare tire, passenger rear door and rear seat. CBP Officers probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. A total of 21 packages with a combined net weight of approximately 20.80 kilograms (45.76 pounds) were removed.

CHAIREZ was placed under arrest and advised of his Constitutional Rights, by Immigration and Customs Enforcement Special Agent Thomas Behm, which she acknowledged and waived, agreeing to answer questions. CHAIREZ stated that she was to be paid $1800.00 to take the vehicle to Santa Ana, CA. CHAIREZ stated that she thought the vehicle contained marijuana.