1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Ana Isela Chairez

6

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,        )   Case No. 07MJ8919
                                    )
12             Plaintiff,            )
                                    )
13   v.                             )   **CERTIFICATE OF SERVICE**
                                    )
14 ANA ISELA CHAIREZ,               )
                                    )
15             Defendant.            )
   _____)

16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23 DATED:      November 13, 2007         /s/ Erica K. Zunkel
                                         **ERICA K. ZUNKEL**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Ana Isela Chairez
25

26

27

28