```
                                    FILED
                                 2007 DEC -4  PM 12:49

                                 CLERK US DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                              BY_____KNH_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury   '07 CR 3272   JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| ANA ISELA CHAIREZ, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about November 8, 2007, within the Southern District of California, defendant ANA ISELA CHAIREZ did knowingly and intentionally import approximately 20.80 kilograms (approximately 45.76 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

JJO:nlv:Imperial
12/3/07

<u>Count 2</u>

On or about November 8, 2007, within the Southern District of California, defendant ANA ISELA CHAIREZ did knowingly and intentionally possess, with intent to distribute, approximately 20.80 kilograms (approximately 45.76 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: December 4, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney