1 **ERICA K. ZUNKEL**
California State Bar No. 229285
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: erica_zunkel@fd.org

5 Attorneys for Ana Isela Chairez

8                             UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10                              **(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) Case No. 07CR3272-JAH |
| 12         Plaintiff, | ) |
| 13 v. | ) **CERTIFICATE OF SERVICE** |
| 14 ANA ISELA CHAIREZ, | ) |
| 15         Defendant. | ) |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                              U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov

21                              Respectfully submitted,

23 DATED:     January 28, 2008              /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
24                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Ana Isela Chairez