UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 07CR3272-JAH |
| Plaintiff,                      ) | |
| ) | |
| v.                                ) | **ORDER TO PRESERVE AND** |
| ) | **RE-WEIGH EVIDENCE** |
| **ANA CHAIREZ**,                      ) | |
| ) | |
| Defendant.                     ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents 1) make available to the defense attorney and her agents, for examination and photographing the vehicle seized in the above-captioned case, along with evidence found within the vehicle or on Ms. Chairez's person, including, but not limited to, the drugs seized; and 2) make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered to preserve the narcotics, vehicle, evidence seized incident to the defendant's arrest, and items seized from the vehicle, until further order from this Court.

**IT IS SO ORDERED.**

DATED: January 29, 2008

_____
JOHN A. HOUSTON
United States District Judge

cc:    Immigration & Customs Enforcement, FP&F