```
 1  KAREN P. HEWITT
    United States Attorney
 2  RANDY K. JONES
    Assistant U.S. Attorney
 3  California State Bar No. 141711
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5684
    randy.jones2@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

 8                    UNITED STATES DISTRICT COURT

 9                    SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3272-JAH | |
| 11                  Plaintiff, ) | DATE: February 11, 2008 | |
|                              ) | TIME: 8:30 a.m. | |
| 12       v.                  ) | | |
|                              ) | GOVERNMENT'S NOTICE OF MOTION | |
| 13 ANA ISELA CHAIREZ,        ) | AND MOTION FOR: | |
|                              ) | | |
| 14                  Defendant.) | (1) RECIPROCAL DISCOVERY | |
|                              ) | | |
| 15 _____) | | |

16                            <u>NOTICE OF MOTION</u>

17       TO:  Erica K. Zunkel, Federal Defenders of San Diego, Inc., counsel for Defendant

18  ANA ISELA CHAIREZ:

19       PLEASE TAKE NOTICE that on Monday, February 11, 2008, at 8:30 a.m., or as soon thereafter

20  as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by its counsel, Karen P. Hewitt,

21  United States Attorney, and RANDY K. JONES, Assistant United States Attorney, will move the court

22  for an order granting the Government's Motion for Reciprocal Discovery.

23  //

24  //

25  //

26  //

27  //

28  //

MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and RANDY K. JONES, Assistant United States Attorney, and hereby moves this Court for an Order granting the Government's motion for reciprocal discovery as required pursuant to Rule 16(b), Fed.R.Crim.P.

Date:  February 4, 2008

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ Randy K. Jones
    _____
    RANDY K. JONES
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America
    Email: randy.jones2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3272-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ANA ISELA CHAIREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of Government's Notice of Motion and Motion for Reciprocal Discovery on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.  Erica K. Zunkel     E-mail: erica_zunkel@fd.org

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on February 4, 2008.

                                                      s/ Randy K. Jones
                                                      RANDY K. JONES