1  KAREN P. HEWITT
   United States Attorney
2  RANDY K. JONES
   Assistant U.S. Attorney
3  California State Bar No. 141711
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5684
   randy.jones2@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,           ) Criminal Case No. 07CR3272-JAH
   |                                      )
11 |               Plaintiff,             ) DATE:  February 11, 2008
   |                                      ) TIME:  8:30 a.m.
12 |       v.                             )
   |                                      ) STATEMENT OF FACTS AND MEMORANDUM
13 | ANA ISELA CHAIREZ,                   ) OF POINTS AND AUTHORITIES IN
   |                                      ) SUPPORT OF GOVERNMENT'S MOTION
14 |               Defendant.             ) FOR RECIPROCAL DISCOVERY
   |                                      )
15 |_____)

16       COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 KAREN P. HEWITT, United States Attorney, and RANDY K. JONES, Assistant United States

18 Attorney, and hereby files the attached statement of facts and memorandum of points and authorities

19 in support of government's motion for reciprocal discovery.

20                                         I

21                              STATEMENT OF FACTS

22     The United States incorporates the Statement of Facts in its Response and Opposition filed in

23 conjunction with this Notice of Motion.

24 //

25 //

26 //

27 //

28 //

II

POINTS AND AUTHORITIES

A.   Government's Motion for Reciprocal Discovery

1.   Rule 16(b)

Defendant has invoked Federal Rule of Criminal Procedure 16(a) in her motion for discovery and the Government has already voluntarily complied with the requirements of Federal Rule of Criminal Procedure 16(a). Therefore, Rule 16(b) should presently be determined to be operable as to Defendant.

The Government, pursuant to Rule 16(b), hereby requests that Defendant permit the Government to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody, or control of Defendant and which she intends to introduce as evidence in her case-in-chief at trial. The Government further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which she intends to introduce as evidence-in-chief at the trial or which were prepared by a witness whom Defendant intends to call as a witness. The Government also requests that the Court make such orders as it deems necessary under Rule 16(d)(l) and (2) to insure that the Government receives the discovery to which it is entitled.

2.   Rule 26.2

Federal Rule of Criminal Procedure 26.2 requires the production of prior statements of all witnesses, except any statement of Defendant. The rule provides for the reciprocal production of Jencks statements. The time frame established by the rule requires the statement to be provided after the witness has testified, as in the Jencks Act. Therefore, the Government hereby requests that Defendant be ordered to supply all prior statements of defense witnesses by a reasonable date before trial to be set by the Court. This order should include any form these statements are memorialized in, including, but not limited to, tape recordings, handwritten or typed notes, and/or reports.

//
//
//

III

CONCLUSION

For the foregoing reasons, the government respectfully requests that its motion should be granted.

Date:  February 4, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Randy K. Jones

_____
RANDY K. JONES
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: randy.jones2@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07CR3272-JAH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ANA ISELA CHAIREZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, RANDY K. JONES, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Motion and Points and Authorities for Reciprocal Discovery on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Erica K. Zunkel     E-mail: erica_zunkel@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 4, 2008

                                        s/ Randy K. Jones
                                        RANDY K. JONES