**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
e-mail: erica_zunkel@fd.org

Attorneys for Ms. Chairez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JOHN A. HOUSTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3272-JAH |
| Plaintiff, ) | DATE: February 11, 2008 |
| ) | TIME: 8:30 a.m. |
| v. ) | |
| ) | |
| ANA CHAIREZ, ) | DECLARATION IN SUPPORT |
| ) | OF DEFENDANT'S MOTION TO |
| Defendant. ) | SUPPRESS STATEMENTS |
| _____ ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        RANDY K. JONES, ASSISTANT UNITED STATES ATTORNEY

   COMES NOW, the defendant, Ana Chairez, by and through her attorneys, Erica K. Zunkel, and Federal Defenders of San Diego, Inc., and hereby files this Declaration in Support of Defendant's Motion to Suppress Statements.

                                        Respectfully Submitted,

Dated:  February 10, 2008              s/Erica K. Zunkel
                                        **ERICA K. ZUNKEL**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Ms. Chairez

**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Ms. Chairez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANA CHAIREZ,<br><br>　　　　Defendant. | ) Case No. 07CR3272-JAH<br>)<br>) Date:　February 11, 2008<br>) Time:　8:30 a.m.<br>)<br>) <u>DECLARATION OF MS. CHAIREZ</u><br>)<br>)<br>)<br>) |

I, Ana Chairez, declare under penalty of perjury:

1. I am the defendant in the above-captioned case and make this declaration in support of a motion filed by my attorney.

2. On November 8, 2007, I was arrested by United States agents at the Calexico, California West Port of Entry.

3. At approximately 4:25 p.m., I was read my rights by an agent.

4. The agent advised me of my rights in English.

5. My native language is Spanish.

6. I speak Spanish in my daily life.

7. I did not understand my rights.

8. My attorney has since advised me of my rights in the Spanish language. Had I understood my rights at the time of my arrest, I would have asked for an attorney.

9. Before the agent read me my rights and during the interrogation, I asked the agents if they would speak to me in Spanish.

10. During the interrogation, I felt harassed and pressured to speak to agents.

My attorney drafted this declaration on my behalf and it has been read to me in Spanish. I adopt it as my own. I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 2/10/2008

_____
ANA CHAIREZ,
Declarant