1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Ana Isela Chairez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JOHN A. HOUSTON)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 07CR3272-JAH
   |                           | ) |
12 |         Plaintiff,        | ) |
   |                           | ) |
13 | v.                        | ) | **CERTIFICATE OF SERVICE**
   |                           | ) |
14 | ANA ISELA CHAIREZ,        | ) |
   |                           | ) |
15 |         Defendant.        | ) |
   |_____| ) |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         Randy K. Jones
               randy.jones2@usdoj.gov, Efile.dkt.gc2@usdoj.gov

21                         Respectfully submitted,

23 DATED:      February 10, 2008          /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Ana Isela Chairez