# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER __07CR 3272-JAH__ |
| vs | ) | ABSTRACT OF ORDER |
| Ana Isela Chairez | ) | Booking No. __0173627 98__ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __5/27/08__ the Court entered the following order:

- __✓__ Defendant be released from custody. ON 5/29/08.
- ____ Defendant placed on supervised / unsupervised probation / supervised release.
- ____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ____ Defendant released on $_____ bond posted.
- ____ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.
- __✓__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.
- ____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court: ____ dismissing appeal filed.
- ____ Bench Warrant Recalled.
- ____ Defendant forfeited collateral.
- ____ Case Dismissed.
- ____ Defendant to be released to Pretrial Services for electronic monitoring.
- __✓__ Other. __Time Served effective 5/29/08.__

JOHN A. HOUSTON
UNITED STATES MAGISTRATE JUDGE
District
OR
W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

Received _____ / DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**